HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES MICHAEL McBRIDE,

    Defendant.

Case No. CR05-5261 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Letter/Motion for Reduction of Sentence [Dkt. #19].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On July 1, 2005 this Court sentenced the defendant to 18 months in the custody of the Bureau of Prisons based upon his plea of guilty to a one-count Information charging him with Interstate Transportation of Stolen Money in violation if 18 U.S.C. § 2314.  The defendant seeks a reduction in his sentence.  However, this Court is without jurisdiction to reduce a defendant's sentence upon the defendant's motion.  See Fed. R. Crim. P. 35(b) (sentence may only be reduced upon the government's motion).  Therefore, it is hereby

**ORDERED** that Defendant's Letter/Motion [Dkt. #19] is **DISMISSED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE